UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BURRISS,                      )
                                      )
           Plaintiff,                 )
                                      )
v.                                    )          CV423-256
                                      )
BRIAN KEMP, *et al.*,                 )
                                      )
           Defendants.                )

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Michael Burriss filed this 42 U.S.C. § 1983

Complaint, alleging unconstitutional conditions of confinement. *See* doc.

11 at 2. The Court granted his request to proceed *in forma pauperis*. *Id.*

at 1. Because the original Complaint in this case was submitted jointly

by Burriss and another plaintiff, the Court directed Burriss to file an

Amended Complaint clarifying the Complaint's "vague, speculative, and

generally conclusory" allegations and how he was impacted by the alleged

conditions. *See id.* at 2-5. The time for him to submit his Amended

Complaint has passed without any response. *See generally* docket.

Moreover, the Court's Order has been returned by the United States

Postal Service as undeliverable, *see* doc. 13, suggesting that Burriss has

1

failed to keep the Court apprised of his current address, *see, e.g.,* S.D. Ga. L. Civ. R. 11.1.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders.  *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Burriss' failure to comply with the Court's Order and Local Rules provides a sufficient reason to dismiss his Complaint.

Accordingly, Burriss' Complaint should be **DISMISSED**.  *See, e.g.,* Fed. R. Civ. P. 41(b).  This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 26th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA