AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL BURRISS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-256

BRIAN KEMP, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 15, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed and this action stands closed.

Approved by: _[signature]_

January 3, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020